# AHMUTY, DEMERS & McMANUS

### ATTORNEYS AT LAW

**200 I. U. WILLETS ROAD**

**ALBERTSON, NEW YORK 11507**

750 ROANOKE AVENUE
RIVERHEAD, NEW YORK 11901
(631)727-2940

889 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5389

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

95 MADISON AVE., SUITE 100
MORRISTOWN, N.J. 07960
(973) 993-1999

(516) 294-5433

FACSIMILE (516) 294-5387

January 28, 2008

JAN ?? ?008

**VIA FACSIMILE ONLY 212-805-6181**

Magistrate Judge Douglas F. Eaton
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:  Russoman v Cooper Door Tavern
 Case No.: 08-CV-00033 (LAP) (DFE)
 Our File No. :    MS2 005208 PJM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08

Dear Magistrate Judge Eaton:

This office represents the defendant Dej, LLC d/b/a Copper Door Tavern in this matter.

(1) As discussed on the telephone earlier this afternoon with your Law Clerk Elyse Entin, please allow this correspondence to memorialize defendant's request for an extension of time to answer the plaintiff's complaint until February 13, 2008. The original due date was January 30, 2008. Plaintiff's counsel has consented to this request.

(2) Furthermore, pursuant to the instruction of Ms. Entin, we have spoken with plaintiff's counsel and agreed upon February 25, 2008 at 2:00 p.m. for the initial case management court conference. in Courtroom 18 A.

This court's attention to this matter is greatly appreciated. If there are any questions, please contact our office.

1/29/08 SO ORDERED. Douglas F. Eaton



USDC SDNY
DATE SCANNED 1/29/08

January 28, 2008
Page 2

Very truly yours,

Neil Palmieri

Neil J. Palmieri (2926)
516-535-1809
E-Mail: Neil.Palmieri@admlaw.com
NJP:rjh

cc:

Via Facsimile 212-227-5090
Steven Weisbrot, Esq.
Jaroslawicz & Jaros, LLC
225 Broadway, 24th Floor
New York, New York 10007



FROM : ADM
FAX NO. : 294 5595

# AHMUTY, DEMERS & McMANUS

### ATTORNEYS AT LAW
### 200 I. U. WILLETS ROAD
### ALBERTSON, NEW YORK 11507

750 ROANOKE AVENUE
RIVERHEAD, NEW YORK 11901
(031)727-2340

889 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVE., SUITE 100
MORRISTOWN, N.J. 07960
(973) 993-1909

(516) 294-5433
FACSIMILE (516) 294-5387

---

## FACSIMILE TRANSMITTAL SHEET

| | | |
|---|---|---|
| TO | : | Magistrate Judge Douglas F. Eaton<br>212-805-6181 |
| CC | : | Steven Weisbrot, Esq.<br>Jaroslawicz & Jaros, LLC<br>212-227-5090 |
| RE | : | Russoman v Cooper Door Tavern<br>Case No.: 08-CV-00033 (CAP) (DFE)<br>Our File No. : MS2 005208 PJM |
| FROM | : | Neil J. Palmieri, Esq. (2926) |
| DATE | : | January 28, 2008 |
| COMMENTS | : | See attached |
| NUMBER OF PAGES<br>(INCLUDING THIS PAGE): | | 3 |

=========================================

CONFIDENTIALITY NOTE: THE INFORMATION CONTAINED IN THIS FACSIMILE
TRANSMITTAL IS LEGALLY PRIVILEGED AND CONFIDENTIAL AND IS INTENDED
ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE
READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS
TRANSMITTAL OR ITS CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE
ADDRESS.