INDEX # 08 CV 00033
DATE _____

**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

United States District Court

Southern District of New York

Matthew Russoman                                      Plaintiff

— against —

DEJ, LLC d/b/a Copper Door Tavern

                                                      Defendant

**State of New York**
**County of Albany** SS.:

Stephen Stracher, being duly sworn deposes and says that he is over the age of eighteen (18); that on the 4th day of January, 20 08 at the office of the Secretary of State, of the State of New York in the City of Albany, he served the annexed summons in a civil action, complaint & judges' rules on DEJ, LLC, the Defendant in this action, by delivering to and leaving with Donna Christie, a clerk in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to Section 303 LLC of the Business Corporation Law or Section _____ of the Vehicle and Traffic Law.

Deponent further says that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☐ Male ☒ Female | ☐ Black ☒ White | ☒ Light ☐ Med. ☐ Dark | 45 | 5'4" | 145 lbs. | |

Sworn to me, this 4th day of January, 2008

_____
(Print Name Below Signature)

Stephen Stracher

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20 09