UNITED STATES DISTRICT COURT0
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MATTHEW RUSSOMAN,                                           08 Civ. 00033

                  Plaintiff,                            AFFIDAVIT OF SERVICE

    -against-

DEJ, LLC d/b/a Copper Door Tavern,

                  Defendant.

-------------------------------------------------------x

STATE OF NEW YORK , COUNTY OF NEW YORK       ss.:

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at New York, New York

That on January 4, 2008 at approximately 10:35 a.m. deponent served the within SUMMONS & COMPLAINT AND JUDGES' RULES upon DEJ, LLC at 96 Fifth Avenue, 6D, New York, New York

**INDIVIDUAL**
1. ( ) by delivering a true copy to said defendant personally; deponent knew the person so served to be the person described in said subpoena.

**CORPORATION**
2. (X) a corporation, by delivering thereat a true copy to NAME UNKONWN personally, deponent knew said corporation so served to be the corporate defendant and knew said individual to be         thereof.

**SUITABLE AGE PERSON**
3. ( )  by delivering thereat a true copy to             a person of suitable age and discretion.  Said premises is defendant' - actual place of business B dwelling place - usual place of abode - within the state.

**AFFIXING TO DOOR, ETC.**
4. ( ) by affixing a true copy to the door of said premises, which is defendant' -- actual place of business - dwelling place - usual place of abode - within the state.  Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE**
USE WITH 3 OR 4

5A. ( ) Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at             and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
USE WITH 3 OR 4
5b. ( ) Within 20 days of such deliver or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at             in an official depository under the exclusive care and custody of the U.S. Postal Service within  New York State.  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

*Description*

[x ] male [] female [ x] white skin [ ] black skin [ ] yellow skin [ ] brown skin [ ] red skin [ ]Hispanic [x ] black hair [ ] brown hair  [ ] blond hair [ ] gray hair [ ] red hair [] white hair [ ] balding [] mustache [ ] beard [ ] glasses [ ] 14-20 yrs [ ] 21-35 yrs [ ] 36-45 [x ] 46-50 yrs  [ ] 51-65 yrs [ ] over 65 yrs [ ] under 5' [ ] 5'0"-5'3"  [ ] 5'4"-5'8" [X] 5'9"-6'0" [ ] under 100 lbs [ ] 100-130 lbs [ ] 131-160 lbs [ ] 161-200 lbs [ ] over 200 lbs
*Other identifying features:*

Sworn to before me this
January 7, 2008

_____
Notary Public

ROCHELLE MEYER
Notary Public, State of New York
No. 4805065
Qualified in Rockland County
Commission Expires October 31, 20 10

x _____
    Sean Alexander