UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MATTHEW RUSSOMAN,

                Plaintiff,

    -against-

DEJ, LLC d/b/a Copper Door Tavern,

                Defendant.

----------------------------------------X

Index # 08-CV-00033
(LAP) (DFE)

RULE 7.1

Jury Trial Demanded

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, DEJ, LLC d/b/a Copper Door Tavern, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                None.

Dated: Albertson, New York
       February 13, 2008

                BY:  NEIL J. PALMIERI (NP 2926).
                AHMUTY, DEMERS & McMANUS, ESQS.
                Attorneys for Defendant
                DEJ, LLC d/b/a Copper Door Tavern
                200 I.U. Willets Road
                Albertson, NY   11507
                (516) 294-5433
                Our File No.: MS2005208PJM