# AHMUTY, DEMERS & MCMANUS

ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

730 ROANOKE AVENUE RIVERHEAD,
NEW YORK 11901
(631)727-2340

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

55 CHURCH STREET
WHITE PLAINS, NEW YORK 10601
(914) 584-0034

(516) 294-5433
FACSIMILE (516) 294-5387

65 MADISON AVENUE
MORRISTOWN, NEW JERSEY 07960

March 24, 2009

**VIA REGULAR MAIL & FACSIMILE 212-805-6181**

Magistrate Judge Douglas F. Eaton
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re:  Russoman v Copper Door Tavern
Case No.: 08-CV-00033 (LAP) (DFE)
Our File No. :   MS2 005208 PJM

**MEMO ENDORSED**

Dear Magistrate Judge Eaton:

Our office represents the defendant Copper Door Tavern in this matter. We write this letter to respectfully request a two week extension to have independent medical examinations performed of the plaintiff. This would extend the current deadline from March 31, 2009 until April 15, 2009

We have spoken with plaintiff's attorney, Jeffrey L. Koenig, Esq., of Jarsolawicz and Jaros and he has consented. We have also agreed to advise of our intention to conduct such an examination by this Monday, March 30, 2009 - with the corresponding examinations to take place by April 15, 2009 at the plaintiff's convenience. As discussed with plaintiff's attorney, this should not have any impact on the remaining dates in the revised scheduling order.

The reason for this request is to allow our client additional time to evaluate possible resolution of this matter without incurring additional fees and costs.

We sincerely appreciate Mr. Koenig's professional courtesy and this court's time and consideration.

Very truly yours,

Neil J. Palmieri
516-535-1809
E-Mail: Neil.Palmieri@admlaw.com
NJP:rjh

[Handwritten endorsement: 3/24/09 I grant this request. Douglas F. Eaton]

USDC SDNY
DATE SCANNED 3/24/09

Re: Russoman v Copper Door Tavern
Case No.: 08-CV-00033 (LAP) (DFE)
Our File No. : MS2 005208 PJM                  Page 2

cc:
Via Facsimile 212-227-5090 and E-Mail
Jeffrey L. Koenig, Esq.
Jaroslawicz & Jaros, LLC
225 Broadway, 24th Floor
New York, New York 10007